UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>                     Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>                     Defendant. | Civil Action No. 6:21-cv-514-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**CASE READINESS STATUS REPORT**

Plaintiff Motion Offense, LLC ("Motion Offense" or "Plaintiff"), and Defendant Google LLC ("Google" or "Defendant") hereby provide the following status report in advance of the initial Case Management Conference ("CMC").

**FILING AND EXTENSIONS**

Plaintiff's Complaint asserting infringement of U.S. Patent Nos. 10,303,353 ("the '353 Patent"), 10,613,737 ("the '737 Patent"), 10,803,140 ("the '140 Patent"), 10,949,507 ("the '507 Patent"), and 10,904,178 ("the '178 Patent") was filed on May 20, 2021. Plaintiff's First Amended Complaint additionally asserting infringement of U.S. Patent No. 11,044,215 ("the '215 Patent") was filed on July 23, 2021. There has been one extension to answer of 45 days.

**RESPONSE TO THE COMPLAINT**

Defendant responded to the Complaint on September 30, 2021 with a partial motion to dismiss. Dkt. 17.

## PENDING MOTIONS

Defendant's Motion to Dismiss is currently pending. Defendant agreed to Plaintiff's request for a one-week extension to respond to the Motion to Dismiss. Barring any further extensions, briefing on the Motion to Dismiss will be completed by October 28, 2021.

## RELATED CASES IN THIS JUDICIAL DISTRICT

Dropbox, Inc. ("Dropbox") filed a declaratory judgment action against Motion Offense on August 14, 2019, alleging noninfringement of two patents not at issue in this case. *See* No. 6:20-cv-00251-ADA (WDTX). Motion Offense brought counterclaims of patent infringement against Dropbox based on the two patents raised by Dropbox and three additional patents, including two that are at issue in this case—the '353 Patent and the '737 Patent. *See id.* Dkt. 43. In a second case against Dropbox, filed July 23, 2021, Motion Offense asserted the '215 Patent, which is also asserted in this case. *See* No. 6:21-cv-00758 (WDTX). This Court consolidated the two aforementioned cases on October 1, 2021. *See id*. Dkt. 19. This consolidated case is not a "CRSR Related Case" to the present action as defined by the Court's June 16, 2021 Amended Standing Order Regarding Notice of Readiness for Patent Cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff asserts six patents and six claims at this time. The asserted patents are the '353, '737, '140, '507, '178, and '215 Patents. Per the Court's Order Governing Proceedings, Plaintiff's Preliminary Infringement Contentions ("PICs") are due on October 14, 2021.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser be appointed at this time.

## **MEET AND CONFER STATUS**

Plaintiff and Defendant met and conferred. Defendant intends to move to transfer this case to the Northern District of California pursuant to 28 U.S.C. § 1404.

Dated: October 7, 2021 Respectfully Submitted

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-83411
Fax: (903) 593-0846

Robert W. Unikel (Admitted *Pro Hac Vice*)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (To Be Admitted *Pro Hac Vice)*
elizabethbrann@paulhastings.com
Cole Malmberg (Admitted *Pro Hac Vice*)
colemalmberg@paulhastings.com
Ariell N. Bratton (To Be Admitted *Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (Admitted *Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel for Defendant Google LLC*

*/s/ Timothy Devlin*
Timothy Devlin
Derek Dahlgren (*pro hac vice* to be filed)
Srikant Cheruvu (*pro hac vice* to be filed)
Mariam Clayton (*pro hac vice* to be filed*)*
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
scheruvu@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Plaintiff Motion Offense, LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on October 07, 2021.

                                               */s/Timothy Devlin*

                                               Timothy Devlin