IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>                Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Civil Action No.: 6:21-cv-514<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINES**

Pursuant to this Court's August 11, 2021 Standing Order, Plaintiff Motion Offense, LLC ("Plaintiff") hereby submit this Notice of Unopposed Request to Change the deadline for Plaintiff to file its answering brief to Defendant Google LLC's Motion to Dismiss First Amended Complaint (Dkt. 17) to October 21, 2021. Defendant has agreed to the extension as set forth in the parties' Case Readiness Status Report. (Dkt. 22 at 2.)

Dated: October 14, 2021                                Respectfully submitted,

                                                                   */s/Timothy Devlin*
                                                                    Timothy Devlin
                                                                    Derek Dahlgren (*pro hac vice* to be filed)
                                                                    Srikant Cheruvu (*pro hac vice* to be filed)
                                                                    Mariam Clayton (*pro hac vice* to be filed*)*
                                                                    **DEVLIN LAW FIRM LLC**
                                                                    1526 Gilpin Avenue
                                                                    Wilmington, DE 19806
                                                                    Telephone: (302) 449-9010
                                                                    Facsimile: (302) 353-4251
                                                                    tdevlin@devlinlawfirm.com
                                                                    ddahlgren@devlinlawfirm.com
                                                                    scheruvu@devlinlawfirm.com
                                                                    mclayton@devlinlawfirm.com

                                                              *Attorneys for Plaintiff Motion Offense, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 14, 2021.

                                                                 */s/ Timothy Devlin*
                                                                Timothy Devlin