# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § <br> § | CIVIL ACTION NO. 6:21-cv-00514-ADA <br><br> JURY TRIAL DEMANDED |

### NOTICE OF AGREED EXTENSION OF DEADLINE TO RESPOND TO VENUE RELATED DISCOVERY

Defendant Google LLC notifies the Court that the Parties have agreed to extend the deadline to respond to Plaintiff's First Set of Interrogatories Regarding Venue to Defendant Google LLC and Plaintiff's First Set of Requests for Production On The Matter Of Venue To Defendant Google LLC from February 1, 2022 up to and through February 15, 2022.

DATED:  February 1, 2022					Respectfully Submitted,

/s/ Robert W. Unikel
Robert W. Unikel (*Pro Hac Vice*)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (*Pro Hac Vice*)
elizabethbrann@paulhastings.com
Cole Malmberg (*Pro Hac Vice*)
colemalmberg@paulhastings.com
Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 591-3939

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Robert W. Unikel*
                                        Robert W. Unikel