IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC, § § Plaintiff, § § v. § § GOOGLE LLC, § § Defendant. § § § § | CIVIL ACTION NO. 6:21-cv-00514-ADA JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Joint Proposed Scheduling Order (Dkt. 33), Plaintiff Motion Offense LLC and Defendant Google LLC submit this Joint Claim Construction Statement.

**I.   AGREED-UPON CLAIM TERMS**

| Term | Agreed Construction |
|---|---|
| "creation" | No construction is necessary. |
| "location" | No construction is necessary. |
| "criterion schema defining at least one of a format or a vocabulary" | No construction is necessary. |
| "attachment" | "a portion of a communication that includes data from one communicant to another other than data in the message portion" |

**II.   DISPUTED CLAIM TERMS**

   A.   '353, '737, AND '215 PATENTS

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "information associated with [the] at least one folder" | No construction is necessary. | "information previously connected to at least one existing folder" |
| "immediately follows" | No construction is necessary. | Indefinite |

   B.   '140 PATENT

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "transform" | No construction is necessary. | Indefinite |
| "simultaneously" | No construction is necessary. | Indefinite |

    C.    '507 PATENT

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "security criterion" | No construction is necessary. | Indefinite |

Google proposed each of the above terms.

LEGAL_US_E # 161670059.1

DATED:  March 22, 2022

/s/ *Derek Dahlgen, with permission by Michael E. Jones*
Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren (*pro hac vice*)
ddahlgren@devlinlawfirm.com
Mariam Clayton (*pro hac vice*)
mclayton@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

*Attorneys for Plaintiff Motion Offense LLC*

Respectfully Submitted,

/s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-83411
Fax: (903) 593-0846

Robert W. Unikel (*Pro Hac Vice*)
robertunikel@paulhastings.com
Daniel J. Blake (*Pro Hac Vice*)
danielblake@paulhastings.com
Grayson S. Cornwell (*Pro Hac Vice*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6100

Elizabeth Brann (*Pro Hac Vice)*
elizabethbrann@paulhastings.com
Cole Malmberg (*Pro Hac Vice*)
colemalmberg@paulhastings.com
Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Tel: (858) 458-3000
Fax: (858) 458-3005

Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Michael E. Jones*
Michael E. Jones
