# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | **Civil Action No. 6:21-cv-00514-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED EXTENSION OF DEADLINE FOR COMPLETION OF VENUE RELATED DISCOVERY

Motion Offense, LLC hereby notifies the Court that the Parties have agreed to extend the deadline for the completion of venue-related discovery from March 30, 2022 up to and through April 19, 2022.

Dated: March 24, 2022

Respectfully Submitted,

/s/ *Timothy Devlin*
Timothy Devlin
Derek Dahlgren (*pro hac vice*)
Srikant Cheruvu (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
scheruvu@devlinlawfirm.com

*Attorneys for Plaintiff Motion Offense, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 24, 2022.

                                          */s/ Timothy Devlin*
                                          Timothy Devlin