# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Civil Action No.: 6:21-cv-514<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## STIPULATION REGARDING AGREED EXTENSION OF DEADLINES

Pursuant to this Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Motion Offense, LLC ("Plaintiff") hereby submits this stipulation regarding agreed upon extensions for the following deadlines:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiff's Response to Defendant's First Set of Requests for Production and First Set of Interrogatories | May 2, 2022 | May 9, 2022 |
| Plaintiff's Opposition to Defendant's Motion to Transfer | May 3, 2022 | May 10, 2022 |
| Defendant's Reply in Support of its Motion to Transfer | May 17, 2022 | May 31, 2022 |

Dated: May 3, 2022                                   Respectfully submitted,

                                                     /s/Timothy Devlin
                                                     Timothy Devlin
                                                     Derek Dahlgren (*pro hac vice* to be filed)
                                                     Srikant Cheruvu (*pro hac vice* to be filed)
                                                     Mariam Clayton (*pro hac vice* to be filed*)*
                                                     **DEVLIN LAW FIRM LLC**
                                                     1526 Gilpin Avenue
                                                     Wilmington, DE 19806
                                                     Telephone: (302) 449-9010
                                                     Facsimile: (302) 353-4251
                                                     tdevlin@devlinlawfirm.com
                                                     ddahlgren@devlinlawfirm.com
                                                     scheruvu@devlinlawfirm.com
                                                     mclayton@devlinlawfirm.com

                                                     *Attorneys for Plaintiff Motion Offense, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 3, 2022.

/s/ Timothy Devlin
Timothy Devlin
