**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| MOTION OFFENSE, LLC, | **Civil Action No.: 6:21-cv-514** |
| Plaintiff | |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | **PATENT CASE** |
| Defendant. | |

## JOINT STIPULATION TO CHANGE DEADLINES

Pursuant to this Court's March 7, 2022 Standing Order, Plaintiff Motion Offense, LLC ("Plaintiff") and Defendant Google LLC's ("Defendant") hereby submit this Joint Stipulation to extend the deadlines for the parties respective Opposition and Reply briefs regarding Google's Opposed Motion to Transfer (Dkt. 34) by one day, making Plaintiff's Opposition due on May 11, 2022, and Defendant's Reply due on June 1, 2022.

Dated: May 11, 2022                    Respectfully submitted,


                                       */s/Derek Dahlgren*
                                       Timothy Devlin
                                       Derek Dahlgren (*pro hac vice* to be filed)
                                       Srikant Cheruvu (*pro hac vice* to be filed)
                                       Mariam Clayton (*pro hac vice* to be filed*)*
                                       **DEVLIN LAW FIRM LLC**
                                       1526 Gilpin Avenue
                                       Wilmington, DE 19806
                                       Telephone: (302) 449-9010
                                       Facsimile: (302) 353-4251
                                       tdevlin@devlinlawfirm.com
                                       ddahlgren@devlinlawfirm.com
                                       scheruvu@devlinlawfirm.com
                                       mclayton@devlinlawfirm.com

                                       *Attorneys for Plaintiff Motion Offense, LLC*


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system on May 11, 2022.

                                       */s/ Timothy Devlin*
                                       Timothy Devlin