IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MOTION OFFENSE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-cv-00514-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

**JOINT STIPULATION REGARDING PROCEDURES
FOR CONDUCTING VIRTUAL DEPOSITIONS**

WHEREAS, Plaintiff Motion Offense, LLC ("Motion Offense") and Defendant Google LLC ("Google"), hereafter referred to as the "Parties," agree that virtual depositions may involve material designated "CONFIDENTIAL," "CONFIDENTIAL - ATTORNEYS' EYES ONLY," "CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY," or "CONFIDENTIAL - SOURCE CODE" ("DESIGNATED MATERIAL").

WHEREAS, if DESIGNATED MATERIAL is to be used during a deposition, the Designating Party shall be permitted to specify the technology to be used to conduct the deposition with respect to that DESIGNATED MATERIAL (*e.g.*, for audio/video-conferencing and exhibits).

THEREFORE, it is hereby STIPULATED AND AGREED among the Parties that when Google's DESIGNATED MATERIAL is to be used during a deposition, the Parties agree to the following procedure:

1. The technology to be used to conduct the virtual deposition shall be Google Meet for audio/video-conferencing and Google Drive for exhibits. Absent written agreement of the

Parties, neither Parties' counsel, employees, or others acting on their behalf shall access or otherwise review in any manner any exhibit offered by the other party on Google Drive until such time as that exhibit is introduced in the deposition and will only access that specific exhibit unless directed otherwise.

2. A minimum of two business days prior to the deposition, Motion Offense shall provide the name and email addresses for any:

    a. court reporter;

    b. videographer; and

    c. counsel attending on behalf of Motion Offense.

    These individuals will also need to register for a Google Account in order to access the exhibits stored using Google Drive. The link to access the exhibits shall be available for no more than 48 hours after the deposition takes place and Motion Offense shall ensure the court reporter has a copy of the exhibits before it is deactivated.

3. To the extent that there is any confusion or conflict between the Protective Order and this Discovery Stipulation with respect to Google's DESIGNATED MATERIAL, then this Discovery Stipulation governs.

DATED:  May 11, 2022

/s/ Robert W. Unikel
Robert W. Unikel (*Pro Hac Vice*)
robertunikel@paulhastings.com
Daniel J. Blake (*Pro Hac Vice*)
danielblake@paulhastings.com
Grayson S. Cornwell (*Pro Hac Vice*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (*Pro Hac Vice)*
elizabethbrann@paulhastings.com
Cole Malmberg (*Pro Hac Vice*)
colemalmberg@paulhastings.com
Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 591-3939

*Attorneys for Defendant Google LLC*

*/s/ Derek Dahlgren*
Timothy Devlin
Derek Dahlgren (*pro hac vice*)
Srikant Cheruvu (*pro hac vice* to be filed)
Mariam Clayton (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
scheruvu@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Plaintiff Motion Offense, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, a true and correct copy of the above document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert W. Unikel*
Robert W. Unikel
