IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:21-cv-00514-ADA |
| § | |
| GOOGLE LLC, § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |
| § | |

**DEFENDANT GOOGLE LLC'S STATUS REPORT REGARDING
MOTION TO TRANSFER**

TO THE HONORABLE COURT:

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.1 – Patent Cases (April 14, 2022), Defendant Google LLC ("Google") hereby notifies the Court that its motion to transfer ("Google's Motion to Transfer") (Dkt. 34) is fully briefed and ripe for adjudication. Plaintiff Motion Offense, LLC filed its response to Google's Motion to Transfer on May 11, 2022 (Dkt. 56), and Google filed its reply on June 2, 2022 (*see* Dkt. 64). Thus, briefing on Google's Motion to Transfer closed on June 2, 2022. The Markman hearing for this case is currently set for June 17, 2022 (*see* Dkt. 62).

DATED:  June 2, 2022                                Respectfully Submitted,

/s/ Robert W. Unikel
Robert W. Unikel (Pro Hac Vice)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (Pro Hac Vice)
elizabethbrann@paulhastings.com
Cole Malmberg (Pro Hac Vice)
colemalmberg@paulhastings.com
Ariell N. Bratton (Pro Hac Vice)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (Pro Hac Vice)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Robert W. Unikel*
Robert W. Unikel