# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br>*Defendant.* | §<br>§<br>§<br>§<br>§  Case No. 6:21-CV-00514-ADA<br>§<br>§<br>§<br>§ |

## SCHEDULING ORDER

Due to a scheduling conflict with a trial, the Court hereby vacates the remaining scheduled deadlines in this case.

The parties are **ORDERED** to meet and confer and file a motion to enter an amended scheduling order based on an August 25, 2022 *Markman* hearing.

**SIGNED** this 10th day of June, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE