# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC, <br><br> Plaintiff <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | **Civil Action No.: 6:21-cv-514** <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## JOINT MOTION FOR ENTRY OF THE SCHEDULING ORDER

One June 10, 2022, the Court ordered the parties to meet and confer and file a motion to enter an amended scheduling order based on an August 25, 2022 *Markman* hearing.  (D.I. 68.) Pursuant to the Court's June 10, 2022 order, Motion Offense, LLC ("Motion Offense") and Google LLC ("Google") hereby submit this Joint Motion for Entry of the Scheduling Order attached as Exhibit A.

Dated: July 07, 2022                          Respectfully submitted,

| | |
|---|---|
| */s/Derek Dahlgren* | */s/ Robert W. Unikel* |
| Timothy Devlin | Robert W. Unikel *(Pro Hac Vice)* |
| Derek Dahlgren (*pro hac vice*) | robertunikel@paulhastings.com |
| Srikant Cheruvu (*pro hac vice* to be filed) | PAUL HASTINGS LLP |
| Mariam Clayton (*pro hac vice)* | 71 South Wacker Drive, 45th Floor |
| **DEVLIN LAW FIRM LLC** | Chicago, IL 60606 |
| 1526 Gilpin Avenue | Telephone: (312) 499-6000 |
| Wilmington, DE 19806 | Facsimile: (312) 499-6100 |
| Telephone: (302) 449-9010 | Elizabeth Brann (*Pro Hac Vice)* |
| Facsimile: (302) 353-4251 | elizabethbrann@paulhastings.com |
| tdevlin@devlinlawfirm.com | Cole Malmberg (*Pro Hac Vice)* |
| ddahlgren@devlinlawfirm.com | colemalmberg@paulhastings.com |

scheruvu@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Plaintiff Motion Offense, LLC*

Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005
Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 591-3939

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 7, 2022.

*/s/ Derek Dahlgren*

Derek Dahlgren