# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| MOTION OFFENSE, LLC, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-514-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## SCHEDULING ORDER

Plaintiff Motion Offense, LLC and Defendant Google LLC, file this proposed schedule as directed by the Court's Standing Order Governing Proceedings.

| Deadline | Item |
|---|---|
| 8/25/2022 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| 10/6/2022 | Deadline to add parties. |
| 10/20/2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 12/15/2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 2/23/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |

| | |
|---|---|
| 3/23/2023 | Close of Fact Discovery. |
| 3/30/2023 | Opening Expert Reports. |
| 4/27/2023 | Rebuttal Expert Reports. |
| 5/25/2023 | Close of Expert Discovery. |
| 6/1/2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 6/8/2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 6/22/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 7/12/2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| | |
| 7/13/2023 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 7/19/2023 | Serve objections to rebuttal disclosures; file Motions *in limine* |
| 7/26/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |

| | |
|---|---|
| 8/2/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 8/14/2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 8/17/2023 | Final Pretrial Conference. Held in person unless otherwise requested. |
| 9/7/2023 | Jury Selection/Trial. |

SIGNED this _____ day of , _____2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE