# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>          Plaintiff<br><br>  v.<br><br>GOOGLE LLC,<br><br>          Defendant. | **Civil Action No.: 6:21-cv-514**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## ORDER GRANTING MOTION OFFENSE, LLC'S OPPOSED MOTION TO REVISE MEMORANDUM AND ORDER GRANTING MOTION TO TRANSFER

Before the Court is Plaintiff Motion Offense, LLC's Opposed Motion to Revise Memorandum and Order Granting Motion to Transfer.

The Court is of the opinion the motion should be **GRANTED**.

Entered this _____ day of _____, 2023

_____
U.S. District Judge Alan D Albright