# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Civil Action No.: 6:21-cv-514-ADA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Motion Offense, LLC ("Plaintiff") and Defendant, Google LLC ("Defendant") hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.  Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: November 30, 2023

/s/ *Derek F. Dahlgren*
Timothy Devlin
Derek Dahlgren (*pro hac vice*)
Mariam Clayton (*pro hac vice)*
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Plaintiff*
*MOTION OFFENSE, LLC*


/s/ *Ariell N. Bratton*
Robert W. Unikel *(Pro Hac Vice*)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (*Pro Hac Vice)*
elizabethbrann@paulhastings.com
Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000

Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com

POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 591-3939

*Attorneys for Defendant*
*Google  LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send a notification of such filing to all registered counsel of record.

*/s/ Derek F. Dahlgren*
Derek F. Dahlgren
