# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No.: 6:21-cv-514-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is Plaintiff Motion Offense, LLC ("Plaintiff") and Defendant, Google LLC's ("Defendant") Stipulation of Dismissal.

The Court is of the opinion the motion should be **GRANTED**.

It is ORDERED that All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.

It is FURTHER ORDERED that all claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

It is FURTHER ORDERED that each Party will bear its own costs, expenses, and attorneys' fees.

Entered this \_\_\_\_\_ day of _____, 2023

_____
U.S. District Judge Alan D Albright

1